UNITED STATES of America v. John Robert PAYNE, Appellant.

No. 10046.

United States Court of Appeals Third Circuit.

Submitted Jan. 3, 1950.

Resubmitted April 20, 1950.

Decided June 21, 1950.

John Robert Payne, pro se.

Arthur A. Maguire, Scranton, Pa., Charles W. Kalp, Lewisburg, Pa., for appellee.

Before BIGGS, Chief Judge, and MARIS, GOODRICH, McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

The appellant was convicted in the District Court for the Middle District of Pennsylvania upon his plea of guilty of a charge of attempting to escape from federal custody in violation of the statute now incorporated in 18 U.S.C.A. § 751. By a subsequent motion under 28 U.S.C.A. § 2255 in the district court he sought to vacate the sentence imposed upon him upon the ground that the true facts did not support the charge of the indictment to which he had pleaded guilty. The district court denied the motion. In United States v. Gallagher, 3 Cir., 183 F.2d 342, we hold that such a contention may not be considered in support of a motion under § 2255. For the reasons stated in our opinion in that case the action of the district court in denying appellant's motion was right.

Accordingly, the order appealed from will be affirmed.

BROWN SHOE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 13852.

United States Court of Appeals Eighth Circuit.

July 13, 1950.

Theron Lamar Caudle, Assistant Attorney General, Ellis N. Slack, Special Assistant to Attorney General, Lee A. Jackson, Special Assistant to Attorney General, Carlton Fox, Special Assistant to Attorney General, Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, and Charles E. Lowery, Special Attorney, Bureau of Internal Revenue, for the Commissioner of Internal Revenue, Washington, D. C.

Charles B. McInnis, Washington, D. C., for Brown Shoe Co.

Before GARDNER, Chief Judge and WOODROUGH and THOMAS, Circuit Judges.

PER CURIAM.

Judgment of June 17, 1949, 175 F.2d 305, vacated, set aside and held for naught, and causes remanded to The Tax Court of the United States for further proceedings in conformity with the opinion of the Supreme Court of the United States filed May 15, 1950, 70 S.Ct. 820.